IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| NAREE ABDULLAH, | : | CIVIL ACTION |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| WARDEN SCI DALLAS, et al., | : | NO. 06-3885 |
| Respondent | : | |

# **ORDER**

AND NOW, this 9th day of February, 2010, upon consideration of the pleadings and the record, and after review of the Report and Recommendation of Carol Sandra Moore Wells, United States Magistrate Judge, IT IS HEREBY ORDERED that:

1. Petitioner's objections are OVERRULED.

2. The report and recommendation is APPROVED AND ADOPTED.

3. The petition for writ of *habeas corpus* is DENIED with prejudice.

4. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR. S.J.